# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00036 (WLS-TQL) |
| | : |
| MARCUS Q. WALDEN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is a "Request for Leave of Absence" filed by AUSA Katelyn Semales, counsel for the Government, stating that she will be on medical leave for the dates of September 30, 2021 through February 17, 2022 and that co-counsel will enter an appearance for the Government. (Doc. 4). Attorney Michael Solis has entered an appearance for the Government.

For the reasons stated therein, the request (Doc. 4) is **GRANTED.**

**SO ORDERED**, this 6th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**