IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
|  | : Case No.: 7:21-CR-36 (WLS-TQL) |
| MARCUS Q. WALDEN, | : |
| Defendant. | : |

**ORDER**

On March 16, 2022, the Court held a hearing on the sealed motion at Doc. 31. (*See* Doc. 32.) For the reasons stated at the hearing and in the motion, the motion (Doc. 31) is **GRANTED**.

The United States Magistrate Judge is **DIRECTED** to appoint new counsel for Defendant from the Criminal Justice Act Panel as soon as possible. Attorney Saviello shall remain on the case until new counsel enters an appearance, and he shall promptly provide all discovery and documents received in this case to Walden's new counsel, after which Attorney Saviello will be terminated as counsel in this case. Walden's new counsel **SHALL** then confer with Walden and, if appropriate, file a formal motion regarding the guilty plea **no later than thirty days** after his entry of an appearance in this case. The motion shall be briefed by both Parties on the regular briefing schedule, and the Court may set a hearing thereafter.

**SO ORDERED**, this 17th day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1