**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **MARCUS Q. WALDEN,** | : | **CASE NO: 7:21-CR-036  (WLS)** |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Pursuant to the Court's Orders (Doc. 58, 59) ("Status Orders") the sentencing hearing in this matter was continued to allow the Defendant time to obtain an evaluation from a physician or other qualified person as to whether he is addicted to drugs and what affect, such addiction, if any, has had on the decisions Defendant has made regarding his criminal activities. The Status Orders further required Defendant to file a report regarding the status of the evaluation. Defendant's Status Report (Doc. 61) filed November 7, 2023, indicates that Defendant has made progress toward obtaining an evaluation, but requests additional time for Defendant to complete the evaluation and obtain an expert's report.

Having reviewed the Status Report and the record, the Court finds that the request therein for additional time is well-taken.

Accordingly, it is hereby **ORDERED** that:

1.      The Defendant shall be given an additional thirty (30) days, or until **Friday, December 8, 2024**, to complete the evaluation. Defendant's counsel shall confer with Government's Counsel to keep them apprised of the status and results of any evaluation.

2.      On or before **Monday, December 11, 2023**, Defendant shall file a report with the Court regarding the status of the evaluation at which time the Court will reschedule the sentencing hearing. Defendant is authorized to file such report either under seal or restrict access to court users and case participants only.[1]

---

[1] Counsel should refer to the Court's CM/ECF Administrative Procedures (available on the Court's website) for guidance on filing sealed or restricted documents.

3.      No further continuances of the sentencing hearing will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

**SO ORDERED**, this 8th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**