IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | |
| : | CASE NO: 7:21-CR-036 (WLS) |
| **MARCUS Q. WALDEN,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Before the Court is Defendant's Motion to File Under Seal (Doc. 92) ("Motion to Seal") filed May 23, 2024. Therein Defendant requests that he be allowed to file his Motion for Downward Variance and Brief in Support of Defendant's Motion for Downward Variance ("Motion for Variance") under seal. The Court notes that Defendant's Motion for Variance was also filed on May 23, 2024, and appears on the Court's regular docket as Document 93. As the Motion for Variance and attachments contains personal information as to Defendant's evaluation conducted for the sentencing hearing, the Court finds that it should be filed under seal.

Accordingly, the Motion to Seal (Doc. 92) is **GRANTED**. The Clerk is **DIRECTED** to take such steps as are necessary to place the Motion for Variance (Doc. 93) under seal to restrict access to such document to court users and Parties' counsel, until further order of the Court.

**SO ORDERED**, this 28th day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**